THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    Plaintiff,

v.

MEDLINE INDUSTRIES, INC., AND
CREATIVE BEDDING TECHNOLOGIES,
INC.,

    Defendants.

NO. 3:06-0611

Judge Wiseman

Magistrate Judge Knowles

## DEFENDANTS' EXHIBIT INDEX

| | |
|---|---|
| Ex. 1: | Plaintiff's Second Amended Complaint |
| Ex. 2: | Plaintiff's Answers to Medline's Interrogatories |
| Ex. 3: | Plaintiff's Answers to Medline's Supplemental Interrogatories |
| Ex. 4: | Bob Hollman's deposition |
| Ex. 5: | Affidavit of Peter Furlong |
| Ex. 6: | Affidavit of Debora Nystrom |
| Ex. 7: | Medline's Answers to Plaintiff's Interrogatories |
| Ex. 8: | Creative Bedding's Answers to Plaintiff's Interrogatories |
| Ex. 9: | Nylex II Purchase and Sales Invoices |
| Ex. 10: | Medline's Response to Plaintiff's Request to Produce |
| Ex. 11: | Creative Beddings' Response to Plaintiff's Request to Produce |
| Ex. 12: | Debora Nystrom's Deposition |
| Ex. 13: | Ted Lazakis' Deposition |
| Ex. 14: | Marcus Peterson's Deposition |
| Ex. 15: | Inspection photos 9/26/06 |
| Ex. 16: | Affidavit of Russell Robinson |
| Ex. 17: | Affidavit of Harri Kytomaa |
| Ex. 18: | EFI Evidence Inventory |
| Ex. 19: | Victim Photographs – photos 8, 9, 12, 13, 25, 26, 27, 28, 29, 34, 35, 36, 37 |

DEFENDANTS' EXHIBIT INDEX