IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ' | NO. 3:06-0611 |
| | ' | |
| Plaintiff, | ' | |
| | ' | |
| v. | ' | Judge Wiseman |
| | ' | |
| MEDLINE INDUSTRIES, INC., AND CREATIVE BEDDING TECHNOLOGIES, INC., | ' | Magistrate Judge Bryant |
| | ' | |
| Defendants. | ' | |

## SECOND AFFIDAVIT OF DR. HARRI KYTOMAA

1.      I, Dr. Harri Kytomaa, state that I have personal knowledge of the facts stated in this Second Affidavit and if called as a witness to testify, I would and could competently testify to the following.

2.      On June 27, 2007, I inspected the remaining physical evidence from the fire scene at Abbott Self Storage in Nashville, Tennessee. During my inspection at Abbott Self Storage, I inspected and photographed mattresses that were stored at the site.

3.      Five of the mattress on site were not manufactured or sold by Defendants -- one is labeled as a Simmons mattress, two are labeled as Tendercare mattresses, and two are labeled as Span America mattresses. True and accurate photographs of these five mattresses followed by their corresponding labels are attached as Exhibit A.

4.      Attached hereto as Exhibit B are true and accurate photographs depicting a Medline Nylex II Convoluted Innerspring Mattress and its corresponding label.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Dr. Harri Kytomaa

SUBSCRIBED and SWORN to before me
this 20th day of November , 2007.

_____
Notary Public

EXHIBIT
3

KIMBERLY A. KILLELEA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 5, 2008

1